UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUANE HORTON, *Plaintiff,* | CA 05 247 T |
| vs. | C.A. NO. |
| PORTSMOUTH POLICE DEPT, et al., *Defendants.* | *{Originally Newport Co. Superior Court C.A. No. NC05-0234}* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Portsmouth Police Department, Michael Arnold, Anthony Cambrola, Garrett Coyne, Robert Driscoll, Jeffrey Furtado, Steven Hoetel, Harry Leonard, and Dennis Seale, individually and in their official capacities as employees of the Town of Portsmouth, are defendants in a civil action filed in the Newport County Superior Court entitled, *Duane Horton vs. Portsmouth Police Dept., et al., C.A. No. NC05-0234.* Attached to this petition is a complete and certified copy of the record from the Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about May 24, 2005.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

*{formerly C.A. No. NC05-0234}*

Defendants,
Town of Portsmouth and its employees,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 7th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
E Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 06/07/2
SUPERIOR CO[illegible] CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: NC2005 0234 TYPE OTHER CIVIL ACTION
TITLE: DUANE HORTON V PORTSMOUTH POLICE DEPARTMENT
FILING DATE: 05-24-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| ARNOLD,MICHAEL OFFICER | DEF | Unknown,Attorney | AOR |
| BUCCI,ALBERTO OFFICER | DEF | Unknown,Attorney | AOR |
| COYNE,GARRETT OFFICER | DEF | Unknown,Attorney | AOR |
| CAMBROLA,ANTHONY OFFICER | DEF | Unknown,Attorney | AOR |
| DRISCOLL,ROBERT TOWN ADMIN | DEF | Unknown,Attorney | AOR |
| FURTADO,JEFFREY OFFICER | DEF | Unknown,Attorney | AOR |
| HOETZEL,STEVEN OFFICER | DEF | Unknown,Attorney | AOR |
| HORTON,DUANE | PLF | Roots,Roger I. | AOR |
| HORTON,JOSEPHINE | DEF | Unknown,Attorney | AOR |
| LEONARD,HARRY OFFICER | DEF | Unknown,Attorney | AOR |
| PORTSMOUTH POLICE DEPARTMENT | BDF | Unknown,Attorney | AOR |
| SEALE,DENNIS POLICE CHI | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| TML | 05-24-2005 | | | |

COMPLAINT FILED
FALSE ARREST, CIVIL RIGHTS VIOLATIONS ETC

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island