UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,

*Plaintiff,*

vs.

PORTSMOUTH POLICE DEPARTMENT; MICHAEL ARNOLD, individually and in his capacity as a Portsmouth Police Official; ALBERT BUCCI, individually and in his capacity as a Portsmouth Police Official; ANTHONY CAMBROLA, individually and in his capacity as a Portsmouth Police Official; GARRETT COYNE, individually and in his capacity as a Portsmouth Police Official; JANE DOES NOS. 1-3; JOHN DOES NOS. 1-5; ROBERT DRISCOLL, individually and in his capacity as a Portsmouth Town Administrator; JEFFREY FURTADO, individually and in his capacity as a Portsmouth Police Official; STEVEN HOETZEL, individually and in his capacity as a Portsmouth Police Official; and DENNIS SEALE, individually and in his capacity as the Police Chief of Portsmouth, Rhode Island,

*Defendants.*

C.A. NO.

CA 05 247 T

*{Formerly Newport Co. Superior Court*
*C.A. No. NC05-0234}*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance on behalf the following defendants in the above matter: Portsmouth Police Department, Michael Arnold, Anthony Cambrola, Garrett Coyne, Robert Driscoll, Jeffrey Furtado, Steven Hoetel, Harry Leonard and Dennis Seale, individually and in their official capacities as employees of the Town of Portsmouth.

*{formerly C.A. No. NC05-0234}*

Defendants,
Town of Portsmouth and its employees,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 7th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
E Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax