CA No 05-247T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,

Plaintiff

CA No. 05-247T

v.

PORTSMOUTH POLICE DEPARTMENT, MICHAEL ARNOLD, individually and in his capacity as a Portsmouth police official, ALBERTO BUCCI, individually and in his capacity as a Portsmouth police official, ANTHONY CAMBROLA, individually and in his capacity as a Portsmouth police official, GARRETT COYNE, individually and in his capacity as a Portsmouth police official, JANE DOEs #1-3, JOHN DOEs #1 – 5, ROBERT DRISCOLL, individually and in his capacity as Portsmouth Town Administrator, JEFFREY FURTADO, individually and in his capacity as a Portsmouth police official, STEVEN HOETZEL, individually and in his capacity as a Portsmouth police official, JOSEPHINE HORTON, HARRY LEONARD, individually and in his capacity as a Portsmouth police official, and DENNIS SEALE, individually and in his capacity as the Police Chief of Portsmouth, Rhode Island,

Defendants

## ENTRY OF SPECIAL APPEARANCE

I, the undersigned, hereby enter my appearance as counsel for the Plaintiff Duane Horton in the above encaptioned matter, for the limited purposes of remanding this case back to state court.

Dated: June 8, 2005

Respectfully submitted,

Alberto Aponte Cardona
Aponte Cardona & Assoc.
Attorney for Plaintiff
Appearing specially for the limited purpose of this motion
597 Broad St.
Central Falls, RI 02863
Telephone: (401) 475-5436

## CERTIFICATE OF SERVICE

I, Alberto Aponte Cardona, do certify that on ~~May 8~~ June 14, 2005 a copy of the foregoing document was sent, postage pre-paid to:

Marc DeSisto, Esq.
DeSisto Law Offices
221 Angell Street
Providence, RI 02906

Sonja L. Deyoe
989 Waterman Avenue
East Providence, RI 02914

Signed: ______________________

Alberto Aponte Cardona, Esq.
Attorney for Plaintiff
Appearing specially
597 Broad St.
Central Falls, RI 02863