UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUANE HORTON,<br>*Plaintiff,*<br><br>vs.<br><br>PORTSMOUTH POLICE DEPARTMENT;<br>Et al.<br>*Defendants.* | C.A. NO. 05-247T |

**MOTION FOR A MORE DEFINITE STATEMENT OF THE PLEADINGS**

Now come Defendants, Portsmouth Police Department, Michael Arnold, Anthony Cambrola, Garrett Coyne, Robert Driscoll, Jeffrey Furtado, Steven Hoetel, Harry Leonard and Dennis Seale, individually and in their official capacities as employees of the Town of Portsmouth, and hereby move under Rule 12(e) of the Federal Court Rules of Civil Procedure for an order directing that plaintiff submit a more definite statement by submitting a pleading that is in accordance with Rule 10 of the Federal Court Rules of Civil Procedure. In support thereof, defendants rely upon the Memorandum of law attached and incorporated herein.

Defendants,
Town of Portsmouth and its employees,
By their attorney,

Marc DeSisto (jw)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

# CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
E Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax

Kathleen M Daniels

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,
*Plaintiff,*

vs.

PORTSMOUTH POLICE DEPARTMENT;
Et al.
*Defendants.*

C.A. NO. 05-247T

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT OF THE PLEADINGS**

Defendants, Portsmouth Police Department, Michael Arnold, Anthony Cambrola, Garrett Coyne, Robert Driscoll, Jeffrey Furtado, Steven Hoetel, Harry Leonard and Dennis Seale, individually and in their official capacities as employees of the Town of Portsmouth, haved move under Rule 12(e) of the Federal Court Rules of Civil Procedure for an order directing that plaintiff submit a more definite statement by submitting a pleading that is in accordance with Rule 10 of the Federal Court Rules of Civil Procedure. In support thereof, defendants submit that the eleven (11) page Complaint filed by plaintiff is vague and ambiguous in that it does not have numbered paragraphs that include single statements as is required by Rule 10(b) of the Federal Rules of Civil Procedure. The state of the Complaint as un-numbered, running allegations is such that defendants cannot reasonably frame a responsive pleading to the same. As such, defendants submit that the instant Motion for a More Definite Statement is the proper avenue to correct the instant deficiency. *Phillips v. Girdich, 2005 U.S. App. LEXIS 8692 (2d Cir., 2005) citing Anderson v. District Bd. of Trustees of Cent. Florida Community College, 77 F.3d 364, 366-67 (11th Cir. 1996); International Tag & Salesbook Co. v. American Salesbook Co., 6 F.R.D. 45, 47 (S.D.N.Y. 1943).*

Accordingly, defendants respectfully request an Order of this Court directing plaintiff to provide a more definite statement by filing a Complaint in compliance with Rule 10 of the Federal Court Rules of Civil Procedure.

Defendants,

Town of Portsmouth and its employees,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 13th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
E Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax