CA No 05-247T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,

Plaintiff CA No. 05-247T

v.

PORTSMOUTH POLICE DEPARTMENT, MICHAEL ARNOLD, individually and in his capacity as a Portsmouth police official, ALBERTO BUCCI, individually and in his capacity as a Portsmouth police official, ANTHONY CAMBROLA, individually and in his capacity as a Portsmouth police official, GARRETT COYNE, individually and in his capacity as a Portsmouth police official, JANE DOEs #1-3, JOHN DOEs #1 – 5, ROBERT DRISCOLL, individually and in his capacity as Portsmouth Town Administrator, JEFFREY FURTADO, individually and in his capacity as a Portsmouth police official, STEVEN HOETZEL, individually and in his capacity as a Portsmouth police official, JOSEPHINE HORTON, HARRY LEONARD, individually and in his capacity as a Portsmouth police official, and DENNIS SEALE, individually and in his capacity as the Police Chief of Portsmouth, Rhode Island,

Defendants

## MOTION FOR REMAND TO STATE COURT

COMES NOW DUANE HORTON, the Plaintiff in the above-entitled action, in this motion to remand this action back to state court, where jurisdiction is proper, lawful, and most convenient for all parties. The Plaintiff submits further that jurisdiction in this federal court is improper, unlawful, and inconvenient for all parties and that the grounds

for removal stated by the Defendants are unfounded. The Plaintiff presents his argument for remand in the accompanying brief in support of this motion.

Dated: June 8, 2005

Respectfully submitted,

Alberto Aponte Cardona
Aponte Cardona & Assoc.
Attorney for Plaintiff
Appearing specially for the limited purpose of this motion
597 Broad St.
Central Falls, RI 02863
Telephone: (401) 475-5436

CERTIFICATE OF SERVICE

I, Alberto Aponte Cardona, do certify that on ~~May 8~~ June 14, 2005 a copy of the foregoing document was sent, postage pre-paid to:

Marc DeSisto, Esq.
DeSisto Law Offices
221 Angell Street
Providence, RI 02906

Sonja L. Deyoe
989 Waterman Avenue
East Providence, RI 02914

Signed:

Alberto Aponte Cardona, Esq.
Attorney for Plaintiff
Appearing specially
597 Broad St.
Central Falls, RI 02863