CA No 05-247T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,

Plaintiff

CA No. 05-247T

v.

PORTSMOUTH POLICE DEPARTMENT, MICHAEL ARNOLD, individually and in his capacity as a Portsmouth police official, ALBERTO BUCCI, individually and in his capacity as a Portsmouth police official, ANTHONY CAMBROLA, individually and in his capacity as a Portsmouth police official, GARRETT COYNE, individually and in his capacity as a Portsmouth police official, JANE DOEs #1-3, JOHN DOEs #1 – 5, ROBERT DRISCOLL, individually and in his capacity as Portsmouth Town Administrator, JEFFREY FURTADO, individually and in his capacity as a Portsmouth police official, STEVEN HOETZEL, individually and in his capacity as a Portsmouth police official, JOSEPHINE HORTON, HARRY LEONARD, individually and in his capacity as a Portsmouth police official, and DENNIS SEALE, individually and in his capacity as the Police Chief of Portsmouth, Rhode Island,

Defendants.

## AFFIDAVIT OF ROGER ISAAC ROOTS, ESQUIRE

I, Roger Isaac Roots, Esq., Rhode Island Bar #6752, being duly sworn and affixing my signature to this document, do hereby make the following statement of facts and affirm:

1. My name is Roger Isaac Roots and I am an attorney licensed to practice law by the highest court in the State of Rhode Island (R.I. Bar #6752).

2. I have been hired and retained by the Plaintiff in this case, Mr. Duane Horton of Portsmouth, Rhode Island.

3. With the assistance of the Plaintiff, I have researched and prepared the claims in this case thoroughly and am well-prepared to pursue them in civil litigation.

4. I estimate my total time invested in researching and preparing this case, and matters tangential to it, at substantially more than 50 hours.

5. I am not currently admitted to the bar of the United States District Court in Rhode Island.

6. Admission to the bar of this United States District Court is somewhat difficult, in that potential applicants are offered the opportunity to sit for this court's bar exam only once per year (in January or February), and must sit through more than two weeks of mandatory courses before taking the exam.

7. It is thus impossible for me to become admitted to the bar of this court, even if I otherwise qualify, in time to litigate the claims in this matter on behalf of my client in the event that venue remains in this court.

8. The financial loss to the Mr. Horton resulting from litigation of this action in this federal court would be severe, in that Mr. Horton would be compelled to hire additional counsel and acquaint them with the various facts and claims in this action at additional great cost.

I now affix my signature to these affirmations:

[signature]
Roger Isaac Roots, Esq., R.I. Bar #6752, Affirmant

Subscribed and sworn to before me, a Notary Public, of the State of Rhode Island ______________, County of Providence ______________, this 12th day of June, 2005.

[signature]
Notary Public

My Commission Expires On : ______________________________

STEVEN B. BOULEY
Notary Public, State of Rhode Island
My Commission Expires Sept. 18, 2007