UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUANE HORTON, Plaintiff | : | |
| vs. | : | C.A. No. 05-247 T |
| PORTSMOUTH POLICE DEPT, et al., Defendants. | : | (originally Newport Co. Superior Court C.A. No. NC05-0234) |

**PETITION FOR REMOVAL.**

**To: The United States District Court for the District of Rhode Island.**

1. Defendant Josephine Horton is a defendant in a civil action originally filed in the Newport County Superior Court, Duane Horton v. Portsmouth Police Depart. et. al., C.A. No. NC05-0234. A certified copy of the record in that matter has already been submitted to this court by Co-Defendants in their petition for removal dated June 7th 2005.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about May 24, 2005.

3. The above described action, as stated in Plaintiff's complaint, is one which may be removed to this Court by this defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Dated this 13th day of June 2005.

Respectfully submitted,
Defendant Josephine Horton,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@abanet.org

## CERTIFICATION

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 13th day of June 2005.

Roger Roots, Esq.,
597 Broad Street #3
Central Falls, Rhode Island 02863

Marc DeSisto, Esq.,
DeSisto Law Offices
221 Angell Street
Providence, RI 02906