UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,
*Plaintiff,*

vs. C.A. NO. 05-247T

PORTSMOUTH POLICE DEPARTMENT;
ET AL.,
*Defendants.*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance in the above-captioned matter on behalf of Alberto Bucci, individually and in his official capacity as an employee of the Town of Portsmouth.

Defendant,
Alberto Bucci,
By his attorney,

Marc DeSisto (KMD)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

C.A. No. 05-247 T

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 20th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Alberto Aponte Cardona, Esq.
597 Broad Street
Central Falls, RI 02863
(401) 475-5436
*Special Appearance re. Motion to Remand only.*

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax