UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUANE HORTON,<br>*Plaintiff,*<br><br>vs.<br><br>PORTSMOUTH POLICE DEPARTMENT;<br>ET AL.,<br>*Defendants.* | C.A. NO. 05-247T |

**DEFENDANT BUCCI'S MOTION FOR**
**A MORE DEFINITE STATEMENT OF THE PLEADINGS**

Now comes Defendant Alberto Bucci, individually and in his official capacity as an employee of the Town of Portsmouth, and hereby moves under Rule 12(e) of the Federal Court Rules of Civil Procedure for an order directing that plaintiff submit a more definite statement by submitting a pleading that is in accordance with Rule 10 of the Federal Court Rules of Civil Procedure. In support thereof, Defendant relies upon the Memorandum of law attached and incorporated herein.

Defendant,
Alberto Bucci,
By his attorney,

Marc DeSisto (KMD)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Motion was mailed, postage prepaid, on this 20th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Alberto Aponte Cardona, Esq.
597 Broad Street
Central Falls, RI 02863
(401) 475-5436
*Special Appearance re. Motion to Remand only.*

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUANE HORTON,<br>*Plaintiff,*<br><br>vs.<br><br>PORTSMOUTH POLICE DEPARTMENT;<br>ET AL.,<br>*Defendants.* | C.A. NO. 05-247 T |

**DEFENDANT BUCCI'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR A MORE DEFINITE STATEMENT OF THE PLEADINGS**

Defendant, Alberto Bucci, individually and in his official capacity as an employee of the Town of Portsmouth, has move under Rule 12(e) of the Federal Rules of Civil Procedure for an order directing that plaintiff submit a more definite statement by submitting a pleading that is in accordance with Rule 10 of the Federal Rules of Civil Procedure. In support thereof, defendant Bucci submits that the eleven (11) page Complaint filed by plaintiff is vague and ambiguous in that it does not have numbered paragraphs that include single statements as is required by Rule 10(b) of the Federal Rules of Civil Procedure. The state of the Complaint as un-numbered, running allegations is such that defendant Bucci cannot reasonably frame a responsive pleading to the same. As such, defendant Bucci submits that the instant Motion for a More Definite Statement is the proper avenue to correct the instant deficiency. *Phillips v. Girdich, 2005 U.S. App. LEXIS 8692 (2d Cir., 2005) citing Anderson v. District Bd. of Trustees of Cent. Florida Community College, 77 F.3d 364, 366-67 (11th Cir. 1996); International Tag & Salesbook Co. v. American Salesbook Co., 6 F.R.D. 45, 47 (S.D.N.Y. 1943).*

C.A. No. 05-247 T

Accordingly, defendant Bucci respectfully requests an Order of this Court directing plaintiff to provide a more definite statement by filing a Complaint in compliance with Rule 10 of the Federal Court Rules of Civil Procedure.

Defendant,
Alberto Bucci,
By his attorney,

Marc DeSisto (KMD)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Memorandum was mailed, postage prepaid, on this 20th day of June, 2005, to the following:

Roger Roots, Esq. # 6752
597 Broad Street, Suite 3
Central Falls, RI 02863
(401) 290-8260

Alberto Aponte Cardona, Esq.
597 Broad Street
Central Falls, RI 02863
(401) 475-5436
*Special Appearance re.*
*Motion to Remand only.*

Sonja L. Deyoe, Esq.
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 fax