UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUANE HORTON, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 05-247 T |
| | : | |
| PORTSMOUTH POLICE DEPT, et al., | : | (originally Newport Co. Superior Court |
| | : | C.A. No. NC05-0234) |
| Defendants. | : | |

**MOTION FOR A MORE DEFINITE STATEMENT OF THE PLEADINGS.**

Now comes the Defendant Josephine Horton and hereby moves this Honorable Court under Rule 12(e) of the Federal District Court Rules of Civil Procedure for an order directing that the Plaintiff, Duane Horton, submit a pleading that is in accordance with the Provisions of Rule 10 of the Rules of Civil Procedure.

In support thereof, Defendant Josephine Horton states that said pleading is vague and ambiguous. Said complaint does not have numbered paragraphs that include single statements as is required by Rule 10. The complaint does not set forth causes of action which can be understood by the Defendant as is required by both Rule 12(e) and Rule 10.

Submitted on this 28 day of June 2005.

Respectfully submitted,
Defendant Josephine Horton,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 28 day of June 2005.

Roger Roots, Esq.,
597 Broad Street #3
Central Falls, Rhode Island 02863

Marc DeSisto, Esq.,
DeSisto Law Offices
221 Angell Street
Providence, RI 02906

Alberto Aponte Cardona, Esq.,
597 Broad Street
Central Falls, RI 02863

Michael G. Tucker