UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,
Plaintiff :

vs. : C.A. No. 05-247 T

PORTSMOUTH POLICE DEPT, et al., : (originally Newport Co. Superior Court C.A. No. NC05-0234)
Defendants. :

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance as counsel for the Defendant Josephine Horton in the above captioned matter.

Respectfully submitted,
Defendant Josephine Horton,
By her attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)

**CERTIFICATION**

I hereby certify that I have mailed a true and accurate copy of the above to the following on this 13 day of July 2005.

Roger Roots, Esq.,
597 Broad Street #3
Central Falls, Rhode Island 02863

Alberto Aponte Cardona, Esq.,
597 Broad Street
Central Falls, 02863

Marc DeSisto, Esq.,
DeSisto Law Offices
221 Angell Street
Providence, RI 02906

Michelle G. Tucker

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 14 A 11: 52
FILED