UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-247T** **DATE: July 20, 2005**

**TITLE: DUANE HORTON v. PORTSMOUTH POLICE DEPARTMENT, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Alberto Cardona**

**Defendant: Marc DeSisto**
**Sonja Deyoe**

**************************************************************************

**Proceedings: Plaintiff's Motion to Remand**

**All counsel of record present. Both sides argue motion. Court takes matter under advisement.**