UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON

          v.          CA No. 05-247-T

PORTSMOUTH POLICE DEPARTMENT,
et al.

### ORDER DENYING MOTION TO REMAND

Plaintiff's Motion to Remand to State Court (Document No. 6) is hereby denied.

By Order

/s/
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: October 5, 2005