UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON

v. CA No. 05-247-T

PORTSMOUTH POLICE DEPARTMENT,
et al.

**ORDER DENYING MOTION TO REMAND**

Plaintiff's Motion to Remand to State Court (Document No. 6) is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: October 5, 2005