CA No 05-247T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUANE HORTON,

Plaintiff

CA No. 05-247T

v.

PORTSMOUTH POLICE DEPARTMENT, MICHAEL ARNOLD, individually and in his capacity as a Portsmouth police official, ALBERTO BUCCI, individually and in his capacity as a Portsmouth police official, ANTHONY CAMBROLA, individually and in his capacity as a Portsmouth police official, GARRETT COYNE, individually and in his capacity as a Portsmouth police official, JANE DOEs #1-3, JOHN DOEs #1 – 5, ROBERT DRISCOLL, individually and in his capacity as Portsmouth Town Administrator, JEFFREY FURTADO, individually and in his capacity as a Portsmouth police official, STEVEN HOETZEL, individually and in his capacity as a Portsmouth police official, JOSEPHINE HORTON, HARRY LEONARD, individually and in his capacity as a Portsmouth police official, and DENNIS SEALE, individually and in his capacity as the Police Chief of Portsmouth, Rhode Island,

Defendants.

PLAINTIFF'S MOTION TO DISMISS

COMES NOW the Plaintiff, Duane Horton, with this motion to dismiss his action in its entirety, without prejudice, so that he can re-file the state claims in state court with no accompanying federal claims.

Dated: 10/17/05

Respectfully submitted,

Alberto Aponte Cardona
Aponte Cardona & Assoc.
Attorney for Plaintiff
Appearing specially for the limited purpose of this motion
597 Broad St.
Central Falls, RI 02863
Telephone: (401) 475-5436

CERTIFICATE OF SERVICE

I, Alberto Aponte Cardona, do certify that on 10/17/05, 2005 a copy of the foregoing document was sent, postage pre-paid to:

Marc DeSisto, Esq.
DeSisto Law Offices
221 Angell Street
Providence, RI 02906

Sonja L. Deyoe
989 Waterman Avenue
East Providence, RI 02914

Signed: ______________________

Alberto Aponte Cardona, Esq.

Attorney for Plaintiff

Appearing specially
597 Broad St.
Central Falls, RI 02863